# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| **Joshua Allen McCloud,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 5:21-cv-00010-KDB |
| | ) | 5:19-cr-00102-KDB-DSC |
| vs. | ) | |
| | ) | |
| **USA,** | ) | |
| | ) | |
| Respondent, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's February 1, 2021 Order.

February 1, 2021

Frank G. Johns, Clerk
United States District Court